IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01444-TMT

NATIONAL INSTITUTE OF FIRST ASSISTING, INC., a Colorado Corporation,

    Plaintiff,

v.

ASSOCIATION OF OPERATING ROOM NURSES, INC., a New York Nonprofit Corporation d/b/a ASSOCIATION OF PERIOPERATIVE REGISTERED NURSES,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed December 18, 2020 and the Order, filed September 11, 2020, by the Honorable Timothy M. Tymkovich, Chief United States Circuit Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Association of Operating Room Nurses, Inc., a New York Nonprofit Corporation, d/b/a Association of Perioperative Registered Nurses, and against Plaintiff, National Institute of First Assisting, Inc., a Colorado Corporation.  It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 18th day of December, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk